No. 90–7625.  STACY v. SULLIVAN, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 90–7627.  JACKSON v. CUYAHOGA COUNTY WELFARE DEPARTMENT ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–7630.  JORDAN v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 90–7632.  GAUDREAULT v. MUNICIPALITY OF SALEM, MASSACHUSETTS, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 90–7636.  MEEHAN v. METRO NASHVILLE POLICE DEPARTMENT ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–7637.  HEATON v. NIX, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 90–7640.  HEAD v. PINION, SUPERINTENDENT, PIEDMONT CORRECTIONAL INSTITUTION.  C. A. 4th Cir.  Certiorari denied.

No. 90–7642.  ARCENEAUX v. SMITH ET AL.  C. A. 5th Cir. Certiorari denied.

No. 90–7648.  MORRISON v. LEE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–7653.  BLUE v. BELLOWS, JUDGE OF THE CIRCUIT COURT OF COOK COUNTY, ET AL.  Sup. Ct. Ill.  Certiorari denied.

No. 90–7656.  KUKES v. VANDERVOORT ET AL.  C. A. 9th Cir. Certiorari denied.

No. 90–7657.  NICKLESON v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 90–7661.  MAGHE v. CODY, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 90–7666.  CRUMP v. DULMISON, INC.  C. A. 11th Cir. Certiorari denied.

No. 90–7668.  CARLTON v. HIRSCHL.  C. A. 6th Cir.  Certiorari denied.